Attn: Clerks office											Date 12-18-19

    I writing you today to ask your help to start a case against, Worcester house of corrections and some of there staff members. I WAS iN A Bus Accident on 9-19-19, Injured my neck & Lower Back wasn't Allowed to go to hospital. (I had a spinal fusion surgery done on Back of my neck on Aug. 7. 2019) Oct 2 I was Assaulted By A C.O. then 2 others joined in, the nurse walked Away, Again no hospital and I could feel the metal in my neck wasn't right But not allowed X-rays. C.O. then Lied on his statement. This is all in Detail in Papers included. I'm starting this Case Pro se Because I can't find AN Attorney willing to help me. Please Let me Know what you think.

                                            Respectfully submitted
                                            Christopher M Coll

middlesex sheriff's office
Christopher Coll #085414
tier 2 cell F-1
269 treBle cove Rd
Billerica MA 01862

FILED IN CLERKS OFFICE 2019 DEC 24 AM 10:08 U.S. DISTRICT COURT DISTRICT OF MASS.